# CERTIFICATE OF SERVICE

I, <u>Nancy Jones</u> (name), certify that service of this summons and a copy of the complaint was made <u>October 19, 2010</u> (date) by:

- ☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

- ☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- ☐ Residence Service: By leaving the process with the following adult at:

- ☒ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:
  Technology Associates International Corp., 5930 Priestly Drive, Carlsbad, California 92008    <u>7007 2560 0003 2435 7012</u>

- ☐ Publication: The defendant was served as follows: [Describe briefly]

- ☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date <u>10/19/10</u>       Signature <u>/s/ Nancy Jones</u>

    Print Name:       Nancy Jones

    Business Address:  600 Travis #7000

                                     Houston, TX 77002