# CERTIFICATE OF SERVICE

I, <u>Nancy Jones</u> (name), certify that service of this summons and a copy of the complaint was made <u>October 19, 2010</u> (date) by:

☐     Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐     Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐     Residence Service: By leaving the process with the following adult at:

☒     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:
Technology Associates International Corp., Attn: CT Corporation System, Registered Agent, 818 West 7th Street, Los Angeles, California 90017     7007 2560 0003 2435 7005

☐     Publication: The defendant was served as follows: [Describe briefly]

☐     State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date <u>10/19/10</u>      Signature <u>Nancy Jones</u>

Print Name: <u>Nancy Jones</u>

Business Address: <u>600 Travis #7000</u>

<u>Houston, TX 77002</u>